| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) WOLLMAN, ROGER L | 2. Court or Organization U.S.C.A.-EIGHTH CIRCUIT | 3. Date of Report 4/23/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE (ACTIVE) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 315 U.S. COURTHOUSE 400 S. PHILLIPS AVENUE SIOUX FALLS, SD 57104-6851 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Personal Representative | Estate of Deceased ████████ |
| 2. Power of Attorney | ████ Member |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | As a former member of the South Dakota State Judiciary, I have a vested interest in the South Dakota Retirement System, South Dakota (cont'd Part VIII) |

RECEIVED 2004 MAY -4 A 10: 33 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Incom**

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Retirement benefits from S.D. Retirement System | 29,511.48 |

**B. Spouse's Non-Investment Incom**   - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Society of International Law | October 30 -November 1, Washington, DC, Advisory Board Meeting (transportation, meals, and room) |
| 2. | Marshall-Wythe School of Law Foundation -- College of William and Mary | November 13-15, Williamsburg, VA, Symposium on Dual Enforcement of Constitutional Norms (transportation, meals, and room) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOLLMAN, ROGER L | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Unimproved pasture and crop land in Spink County, SD | D | Rent-Crop | M | W | | | | | |
| 2. | | Shares-ASCS | | | | | | | |
| 3. | | Payments | | | | | | | |
| 4. Unimproved pasture and crop land in Spink County, SD (own | B | " | K | W | | | | | |
| 5. an undivided 1/5 interest as tenant in common) | | | | | | | | | |
| 6. Undivided 1/5 interest in farmland described immediately | B | " | K | W | | | | | |
| 7. above | | | | | | | | | |
| 8. American Century Investments Select Mutual Fund, IRA | | None | K | T | | | | | |
| 9. Patronage account in SD Wheatgrowers Ass'n, Tulare, SD | A | Patronage | J | T | | | | | |
| 10. | | Earnings, | | | | | | | |
| 11. | | Dividends | | | | | | | |
| 12. Interest in Wisconsin Educators Tax Sheltered Annuity Trust | A | Interest | J | T | | | | | |
| 13. Fidelity Magellan Mutual Fund | A | Dividend | L | T | | | | | |
| 14. Janus Venture Fund-Mutual Fund | | None | M | T | | | | | |
| 15. Farm Machinery | | None | J | W | | | | | |
| 16. American Century Investments Select Mutual Fund, IRA | | None | L | T | | | | | |
| 17. Nicholas II, Inc.-Mutual Fund | | None | L | T | | | | | |
| 18. American Century Investments Select Mutual Fund | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Accounts, Wells Fargo Bank, Sioux Falls, SD | D | Interest | O | T | | | | | |
| 20. Janus Enterprise Fund-Mutual Fund | | None | J | T | | | | | |
| 21. Vanguard Index Balanced Fund-Mutual Fund | A | Dividend | K | T | | | | | |
| 22. Vanguard 500 Index Fund - Mutual Fund | B | Dividend | M | T | | | | | |
| 23. Vanguard Total Stock Market Index Fund - Mutual Fund | B | Dividend | M | T | | | | | |
| 24. Northwestern Mututal Life Insurance Co.-Whole Life | C | Dividend | L | T | | | | | |
| 25. American United Life Insurance Co.-Whole Life | A | Dividend | J | T | | | | | |
| 26. I am the personal representative of a deceased ▮▮▮▮ | | | | | | | | | |
| 27. member. | | | | | | | | | |
| 28. The remaining asset of the estate consisted of an account in | A | Interest | J | T | Rdeem-Distr. | 5-28 | J | A | |
| 29. Community First National Bank. | | | | | | | | | |
| 30. Beginning on 11-9-02 and through 2-28-03, I exercised a | | | | | | | | | |
| 31. power of attorney on behalf of a ▮▮▮▮▮. | | | | | | | | | |
| 32. The assets covered by the power are as follows: | | | | | | | | | |
| 33. Community First National Bank-Account | A | Interest | L | T | | | | | |
| 34. Vanguard 500 Index Mutual Fund | A | Dividend | J | T | | | | | |
| 35. Franklin Templeton Accumulator Mutual Fund | A | Dividend | K | T | | | | | |
| 36. Franklin Templeton Accumulator Mutual Fund (IRA) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WOLLMAN, ROGER L | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. American Century Select Mutual Fund (IRA) | A | Dividend | J | T | | | | | |
| 38. Undivided 1/5 interest in unimproved Spink Co., SD, farmland | B | Rent | K | W | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Section II: Parties and Terms, continued ...

Codified Laws Chapter 3-12. Upon my resignation from the Supreme Court of South Dakota on September 5, 1985, I left my contributions in the System. I began drawing retirement benefits in May 1989. These benefits will continue until my death. Thereafter, my ▉▉▉, if she survives me, will receive one-half of the benefits I was receiving at the time of my death.

Section VII: Investments and Trusts

As indicated on page 2, the remaining asset of the estate of the deceased ▉▉▉ member was distributed on May 28, 2003. My duties as a personal representative are at an end, and I will not show this representative capacity in future reports.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WOLLMAN, ROGER L | 4/28/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date _April 28, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544